IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00920-CMA-MEH

GERALD EDWARD LOPEZ,
BETSY LOPEZ,
THOMAS L. LOPEZ, and
GERALD EDWARD LOPEZ, JR.,

      Plaintiffs,

v.

CITY OF LAKEWOOD,
MICHELE DELEON,
JAMES J. DAVIES,
SEAN RADKE,
BRIAN LOVEJOY, and
JENNIFER DOUGHERTY,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 15, 2011.**

      The Joint Stipulated Motion for Protective Order [filed July 15, 2011; docket #9] is **denied without prejudice** and the proposed Protective Order is refused. The parties are granted leave to submit a revised proposed protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382, 386-87 (D. Colo. 2000) ("... the burden is on the party seeking protection to establish good cause.").

      Should the parties re-file the motion, the Court instructs the parties to provide the Court with a copy of the proposed order in usable format (Word, Word Perfect).