IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  11-cv-00920-CMA-MEH | Date: August 4, 2011 |
| Courtroom Deputy: Laura Galera | **FTR – Courtroom A501** |

| | |
|---|---|
| GERALD EDWARD LOPEZ,<br>BETSY LOPEZ,<br>THOMAS L. LOPEZ, and<br>GERALD EDWARD LOPEZ, JR.,<br><br>         Plaintiffs,<br><br>vs.<br><br>CITY OF LAKEWOOD,<br>MICHELE DELEON,<br>JAMES J. DAVIES,<br>SEAN RADKE,<br>BRIAN LOVEJOY, and<br>JENNIFER DOUGHERTY,<br><br>         Defendants. | Brice A. Tondre<br><br><br><br><br><br><br><br>Gillian Dale |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC MOTION HEARING**

**Court in session:**     **10:19 a.m.**

Court calls case.  Appearances of counsel.

Opening statements by the Court.

Discussion regarding Renewed Joint Stipulated Motion for Protective Order [15].

**ORDERED:**    Renewed Joint Stipulated Motion for Protective Order [15] is GRANTED IN PART AND DENIED IN PART.

**Court in recess:**     **10:28 a.m.**  (Hearing concluded)
**Total time in court:**   0:09