IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00920-CMA-MEH

GERALD EDWARD LOPEZ,
BETSY LOPEZ,
THOMAS L. LOPEZ, and
GERALD EDWARD LOPEZ, JR.,

      Plaintiffs,

v.

CITY OF LAKEWOOD,
MICHELE DELEON,
JAMES J. DAVIES,
SEAN RADKE,
BRIAN LOVEJOY, and
JENNIFER DOUGHERTY,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 19, 2011.**

      Plaintiffs' Motion for Leave to File First Amended Complaint [filed December 19, 2011; docket #25] is **denied without prejudice** for failure to demonstrate good cause to amend paragraph 9.a. of the Scheduling Order. *See* Scheduling Order, ¶ 13 ("This Scheduling Order may be altered or amended only upon a showing of good cause.").