IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00920-CMA-MEH

BETSY LOPEZ, and
THOMAS L. LOPEZ,

    Plaintiffs,

v.

CITY OF LAKEWOOD,
MICHELE DELEON,
JAMES J. DAVIES,
SEAN RADKE, and
JENNIFER DOUGHERTY,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 27, 2011.**

    Finding good cause, having no objection and in the interest of justice, Plaintiffs' Renewed Motion for Leave to File First Amended Complaint [filed December 21, 2011; docket #28] is **granted**. Plaintiffs are directed to file Plaintiffs' First Amended Complaint and Jury Demand [*see* docket #25-1] without the mark, "Exhibit 1," on or before December 28, 2011. Defendants shall file an answer or other response to the First Amended Complaint in accordance with Fed. R. Civ. P. 15(a).